# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED  
07 NOV 29 AM 11: 18  
CLERK, U.S. DISTRICT COURT  
SOUTHERN DISTRICT OF CALIFORNIA  
DEPUTY

## ARREST ON OUT-OF-DISTRICT OFFENSE

CASE NUMBER: **'07 MJ 2776**

The person charged as <u>RACHAL, Antwan Jermaine</u> now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the _____Central_____ District of _____California_____ on _____2/7/06_____ with: _____**Title 18 Section 3583(e)(3)**_____, in violation of:

The charging documents and the warrant for the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: 11/29/07

Ken Lavigna  
CI -Deputy United States Marshal

Reviewed and Approved

DATE:

_Steve Miller_  
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | '06 FEB 14 P1:43 | CASE NUMBER: |
|---|---|---|
| | Plaintiff(s) | CR00-00274-NM |
| v. | | |
| Antwan Jermain Rachal | | |
| | Defendant(s) | **WARRANT FOR ARREST** |

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest ___Antwan Jermain Rachal___
and bring him/her forthwith to the nearest Magistrate Judge to answer a(n): ☐ Complaint ☐ Indictment
☐ Information ☐ Order of Court ☒ Violation Petition ☐ Violation Notice
charging him/her with: (ENTER DESCRIPTION OF OFFENSE BELOW)

Violation of Supervised Release

in violation of Title ___18___ United States Code, Section(s) 3583(e)(3)

| Sherri R. Carter | Los Angeles, CA |
|---|---|
| NAME OF ISSUING OFFICER | February 7, 2006 |
| Clerk of Court | |
| TITLE OF ISSUING OFFICER | DATE AND LOCATION OF ISSUANCE |
| [signature] | BY: Judge Nora M. Manella |
| SIGNATURE OF DEPUTY CLERK | NAME OF JUDICIAL OFFICER |

## RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

| DATE RECEIVED | NAME OF ARRESTING OFFICER |
|---|---|
| DATE OF ARREST | TITLE |
| DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO | SIGNATURE OF ARRESTING OFFICER |

CR-12 (07/04)                    **WARRANT FOR ARREST**

PAGE 1 of 2

PROB 12
(Rev. 11/04)

# United States District Court
for
CENTRAL DISTRICT OF CALIFORNIA



U.S.A. VS. ANTWAN JERMAIN RACHAL

Docket No. CR00-00274

### Petition on Probation and Supervised Release (Bench Warrant)

COMES NOW LORETTA S. MARTIN, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **ANTWAN JERMAIN RACHAL** who was placed on supervision by the Honorable **NORA M. MANELLA** sitting in the Court at **Los Angeles**, California, on the **13th** day of **September, 2004** who fixed the period of supervision at **two years**, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows: **The original term of supervision imposed in this case on July 31, 2000, was revoked on September 13, 2004.**

(SEE ATTACHED COPY/COPIES OF JUDGMENT AND PROBATIONARY ORDER/ORDERS.)

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
(If short insert here; if lengthy write on separate sheet and attach.)

**(PLEASE SEE THE ATTACHED SHEET)**

**PRAYING THAT THE COURT WILL ORDER** issuance of a bench warrant addressed to any United States Marshal or any other authorized officer within the United States of America requiring the detention and return of Antwan Jermain Rachal before the United States District Court at Los Angeles, California, to show cause why the supervision order, heretofore entered, should not be revoked.

ORDER OF COURT

Considered and ordered this 6th day of Feb, 2006 and ordered filed and made a part of the records in the above case.

_____
United States District Judge
NORA M. MANELLA

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on February 1, 2006

_____
CALVIN C. DANIELS
U. S. Probation Officer

Place: Inglewood, CA

U. S. A. vs. ANTWAN JERMAIN RACHAL
Docket No. CR00-00274-NM

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

It is alleged that the above-named supervised releasee has violated the terms and conditions of supervision to wit:

1. Having been ordered by the Court to not use or administer any narcotic or other controlled substance, on January 13, 2006, Antwan Jermain Rachal submitted a urine sample to the Probation Officer, which, upon analysis, was found to contain marijuana and Phencyclidine (PCP);

2. Having been ordered by the Court to follow the instructions of the Probation Officer and having been instructed by the Probation Officer, on November 9, 2005, to report in person, on November 16, 2005, to the U.S. Probation Office, located at 111 N. La Brea, Suite 209, Inglewood, California, Antwan Jermain Rachal failed to report as instructed;

3. Having been ordered by the Court to follow the instructions of the Probation Officer and having been instructed by the Probation Officer, on December 19, 2005, to report in person, on January 3, 2006, to the U.S. Probation Office, located at 111 N. La Brea, Suite 209, Inglewood, California, Antwan Jermain Rachal failed to report as instructed; and

4. Having been ordered by the Court to follow the instructions of the Probation Officer and having been instructed by the Probation Officer, on November 9, 2005, to report in person, on Monday through Friday of each week, to the U.S. Probation Office, located at 111 N. La Brea, Suite 209, Inglewood, California, on January 17, 18, 19, 20, 23, 24, 25, 26, 27, 30, and 31, 2006, Antwan Jermain Rachal failed to report as instructed;