## MINUTES OF THE UNITED STATES DISTRICT COURT

USA v.   ANTWAN JERMAINE RACHAL   [1]   07MJ2776-AJB

[]   []

The Honorable:   ANTHONY J. BATTAGLIA

Atty   VICTOR PIPPINS, FD   for   [1]   -   PDA

Atty   _____   for   []   -

Atty   _____   for   []   -

AJB07-1:1410-1436

AUSA: Fred Sheppard

Identity Hearing held. Court finds that the dft is the person as named on the charging documents from the Central District of California.

Court Orders that the defendant be removed to the Central District of California - Forthwith.

Warrant of removal submitted by the Government.

C/S/T: Kenneth Lavigna

Date:   12/13/07

END OF FORM                                          by   YMM

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

EXHIBIT LIST

U.S.A.    VS    RACHAL

X  Plaintiff  ___ Defendant  ___ Court    Type of Hearing: IDENTITY HEARING

Case Number: 07MJ2776-AJB

| NO. | IDENT. | EVID. | DESCRIPTION |
|---|---|---|---|
| 1 | 12/13/07 | 12/13/07 | Out of District Complaint (ODC) |
| 2 | 12/13/07 | 12/13/07 | Petition of OSC |
| 3 | 12/13/07 | 12/13/07 | Arrest Warrant |
| 4 | 12/13/07 | 12/13/07 | Copy of Photos/Information |
| 5 | 12/13/07 | 12/13/07 | Copy of photo of defendant |
| 6 | 12/13/07 | 12/13/07 | Photo copy of dft |